**Charles J. McMULLIN,
Plaintiff-Appellant-Cross-Respondent,**

v.

**ESTATE OF Joseph J. GANGLOFF, Deceased, Robert R. Borgers, Executor and Personal Representative, Defendant-Respondent-Cross-Appellant.**

**Nos. 48084, 48176.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 29, 1985.

Charles J. McMullin, St. Louis, for plaintiff-appellant-cross-respondent.

---

Ted F. Frapolli, St. Louis, for defendant-respondent-cross-appellant.

## ORDER

PER CURIAM.

This is an appeal from an award of attorney's fees against an estate for legal services rendered to the decedent during his lifetime. The only error found by this court was mathematical. The judgment should be $16,372.50, instead of $16,300.00. The judgment is modified by adding $72.50 to the amount of the judgment and as modified, affirmed in compliance with Rule 84.16(b).